Nancy Curry, Chapter 13 Trustee
Sean G. O'Hair (SBN 293558)
1000 Wilshire Boulevard, Suite 870
Los Angeles, California 90017
Tel: (213) 689-3014
Fax: (213) 689-3055



**FILED & ENTERED**

**MAY 21 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| | ) Case No. 2:17-bk-17179-WB |
| ANTHONY GINNANE, | ) |
| | ) **STIPULATED ORDER RE: TRUSTEE'S** |
| | ) **MOTION TO DISMISS CASE** |
| | ) |
| | ) Date:    May 13, 2020 |
| | ) Time:    1:30 P.M. |
| | ) Place:   255 E. Temple Street, |
| | )           Courtroom 1375 |
| | )           Los Angeles, CA 90012 |
| Debtor. | ) |

On May 13, 2020 at 1:30 p.m. in Courtroom 1375, 255 East Temple Street, Los Angeles, CA 90012, the Honorable Julia Brand held a hearing regarding the Trustee's Motion to Dismiss ("Motion") filed as docket number 59. Appearances were as noted in the record. The Court having considered the agreement between the parties which was read into the record, and good cause appearing therefore, the Motion is hereby resolved on the following terms:

1. The Plan Payment will be suspended for months 33 through 35 of the Plan.

###

Date: May 21, 2020

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge